An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MUHAMMED SHAKIR HAMAWI,
Appellant,
vs.
MARIJHA LEE HAMAWI,
Respondent.

No. 67855

**FILED**

AUG 11 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *B. Mooneyhan*

cc: Hon. Jennifer Elliott, District Judge, Family Court Division
Cutter Law Firm, Chtd.
Brennan Law Firm
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-24208